IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:15-cv-02093-MCE-CKD |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| DARRYL C. & BONNIE L. HAWKINSON, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the stipulation between Plaintiff the United States and Defendants Darryl C. and Bonnie L. Hawkinson (ECF No. 7), JUDGMENT is hereby entered for the Claim for Relief stated in the Complaint as follows:

1. Judgment is entered against Defendants Darryl C. and Bonnie L. Hawkinson, jointly and severally, and for the United States of America in the amount of $49,681.17 for unpaid personal tax liabilities, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from September 21, 2015, until the judgment is paid.

2.  Each party shall be liable for its own costs of litigation and attorneys' fees.

IT IS SO ORDERED.

Dated:  November 19, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT